U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 DEC 18 P 12: 37

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 18-CR-**18-CR-237**
[18 U.S.C. §§ 2113(a) and 924(c)]

GABRIEL LEE BROWN,

    Defendant.

---

## INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES:**

On or about December 4, 2018, in the State and Eastern District of Wisconsin,

**GABRIEL LEE BROWN**

did take by force, violence, and intimidation from the person or presence of employees of the Landmark Credit Union, located in Wauwatosa, Wisconsin, money belonging to and in the care, custody, control, management, and possession of said credit union, the deposits of which were then insured by the National Credit Union Administration.

In violation of Title 18, United States Code, Section 2113(a).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

On or about December 4, 2018, in the State and Eastern District of Wisconsin,

**GABRIEL LEE BROWN**

knowingly used and carried a firearm during and in relation to a crime of violence and possessed a firearm in furtherance thereof, to wit, bank robbery, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) set forth in this Indictment, the defendant, GABRIEL LEE BROWN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition, involved in the offense of conviction, including but not limited to the Rossi 357 Magnum revolver bearing serial number VA927962.

A TRUE BILL:

FOREPERSON
Dated: 12-18-18

MATTHEW D. KRUEGER
United States Attorney